UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERSOME L. GRIMES,

    Plaintiff,

v.                              Case No. 3:17cv464/RV/CJK

OFFICER FILES, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated August 24, 2017 (doc. 9). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed and the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 9) is adopted and incorporated by reference in this order.

2. Plaintiff's amended motion to proceed *in forma pauperis* (doc. 8) is DENIED and this action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g).

3.  The clerk is directed to close the file.

**DONE AND ORDERED** this 12th day of April, 2018.

>  /s/ *Roger Vinson*  
> **ROGER VINSON**  
> **SENIOR UNITED STATES DISTRICT JUDGE**